# UNITED STATES DISTRICT COURT
## for the
### District of Arizona

United States of America
v.
Johnny G. Acosta

Case No. CR 15-775-TUC-RM(DTF)



FILED / RECEIVED / LODGED / COPY
APR 18 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**SEALED**

*Defendant*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHNNY G. ACOSTA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21:963 Conspiracy to Import Marijuana; 21:846 Conspiracy to Possess with Intent to Distribute Marijuana; 21:952(a), 960 (a)(1) & (b)(2)(G) Importation of Marijuana; 21:841(a)(1) & (b)(1)(B)(vii) Possession with Intent to Distribute Marijuana; 18:2 Aid and Abet

**BRIAN D. KARTH**

Date: 04/23/2015

*Issuing officer's signature*

City and state: Tucson, AZ

BR/Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 4-23-15, and the person was arrested on *(date)* 4-27-15
at *(city and state)* Douglas, AZ.

Date: 4-28-15

*Arresting officer's signature*

Brent Templeton  Special Agent
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____