JOHN S. LEONARDO
United States Attorney
District of Arizona
Wallace H. Kleindienst
Assistant U.S. Attorney
State Bar No. 012506
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7578
Email: wallace.kleindienst@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

        Plaintiff,

  vs.

1. Johnny G. Acosta
   Counts 1 to 34

2. 
   Counts 1 to 34

3. Andres Rodriguez, aka
   "Larry" & "Larry Hernandez"
   Counts 1 to 14

4. 
   Counts 1 to 4

5. Ricardo Peralta-Cuevas, aka
   "Foco"
   Counts 1 & 2, 33 & 34

6. Jorge Tovar, aka "Pollo"
   Counts 1 & 2, 33 & 34

        Defendants.

CR15- 775 TUC RM(DTF)

INDICTMENT

(SEALED)

Violations:

21 U.S.C. § 963
(Conspiracy to Import Marijuana into
The United States)
Count 1

21 U.S.C. § 846
(Conspiracy to Possess With
Intent to Distribute Marijuana)
Count 2

21 U.S.C. §§ 952(a), 960(a)(1) &
960(b)(2)(G)
(Importation of Marijuana into the
United States)
Counts 3, 5, 7, 9, 11, 13, 15, 17, 19, 21,
23, 25, 27, 29, 31, 33

21 U.S.C. § 841(a)(1) & (b)(1)(B)(vii)
(Possession with Intent to Distribute
Marijuana)
Counts 4, 6, 8, 10, 12, 14, 16, 18, 20,
22, 24, 26, 28, 30, 32, 34

18 U.S.C. § 2
(Aiding and Abetting)
Counts 1 through 34

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning at an unknown time prior to September 13, 2010, and continuing to on or about September 30, 2013, at or near Douglas in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants Johnny G. Acosta,

, Andres Rodriguez, aka "Larry" & "Larry Hernandez", Ricardo Peralta-Cuevas aka "Foco", and Jorge Tovar, aka "Pollo", did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to import more than 1,000 kilograms of marijuana, a Schedule I controlled substance, from the Republic of Mexico into the United States.

All in violation of Title 21, United States Code, Sections 963; Title 18, United States Code, Section 2.

## COUNT 2

Beginning at an unknown time prior to September 13, 2010, and continuing to on or about September 30, 2013, at or near Douglas in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants Johnny G. Acosta,

, Andres Rodriguez, aka "Larry" & "Larry Hernandez", Ricardo Peralta-Cuevas aka "Foco", and Jorge Tovar, aka "Pollo", did knowingly and intentionally combine, conspire, confederate and agree together and with other persons known and unknown to the grand jury, to possess with intent to distribute more than 1,000 kilograms of marijuana, a Schedule I controlled substance.

All in violation of Title 21, United States Code, Sections 846; Title 18, United States Code, Section 2.

// // //
// // //

## COUNT 3

On or about September 24, 2010, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, , Andres Rodriguez, aka "Larry" & "Larry Hernandez", and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 4

On or about September 24, 2010, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, , Andres Rodriguez, aka "Larry" & "Larry Hernandez", and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(vii).

## COUNT 5

On or about October 11, 2010, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 6

On or about October 11, 2010, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 7

On or about April 10, 2011, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and others known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 8

On or about April 10, 2011, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 9

On or about April 21, 2011, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and others known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 10

On or about April 21, 2011, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 11

On or about January 2, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and others known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 12

On or about January 2, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 13

On or about February 17, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and others known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 14

On or about February 17, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Andres Rodriguez, aka "Larry" & "Larry Hernandez", and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 15

On or about July 28, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 16

On or about July 28, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 17

On or about September 1, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

// // //
// // /

## COUNT 18

On or about September 1, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 19

On or about November 20, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 20

On or about November 20, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

// // //

// // //

## COUNT 21

On or about December 16, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 22

On or about December 16, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 23

On or about December 26, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

// // //
// // //

## COUNT 24

On or about December 26, 2012, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 25

On or about July 1, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 26

On or about July 1, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

// // //
// // //

## COUNT 27

On or about July 6, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 28

On or about July 6, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 29

On or about September 22, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

// // //
// // //

## COUNT 30

On or about September 22, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

## COUNT 31

On or about September 30, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 400 kilograms or more of marijuana, that is approximately 587 kilograms of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 32

On or about September 30, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 400 kilograms or more of marijuana, that is approximately 587 kilograms of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

// // //

// // //

## COUNT 33

On or about September 30, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Ricardo Peralta-Cuevas, aka "Foco", Jorge Tovar, aka "Pollo", and other persons known and unknown to the grand jury, did knowingly and intentionally import into the United States from the Republic of Mexico 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 952(a), 960(a)(1) & (b)(2)(G).

## COUNT 34

On or about September 30, 2013, at or near Douglas, in the District of Arizona, and Agua Prieta, Sonora, Republic of Mexico, defendants, Johnny G. Acosta, Ricardo Peralta-Cuevas, aka "Foco", Jorge Tovar, aka "Pollo" and other persons known and unknown to the grand jury, did knowingly and intentionally possess with intent to distribute 100 kilograms or more of marijuana, a Schedule I controlled substance.

All in violation of Title 18, United States Code, Section 2; Title 21, United States Code, Sections 841(a)(1) & (b)(1)(B)(vii).

A TRUE BILL

/S/
_____
Presiding Juror

APR 2 2 2015

JOHN S. LEONARDO
United States Attorney
District of Arizona

/S/
_____
Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE