# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Johnny G. Acosta, et al.<br><br>　　　　　Defendant | CR-15-775-TUC-CKJ(DTF)<br><br>ORDER |

　　　THIS MATTER having come before the Court upon the Government's Motion For an Amended Bond Order Specifying the Address and Location of Defendant's Johnny G. Acosta's Residence, and

　　　IT IS APPEARING that there are good and just reasons to grant the Motion, it is therefore,

　　　ORDERED that Johnny G. Acosta's release from custody in this case is conditioned on a $50,000 appearance bond secured by the real property owned by Johnny G. Acosta and Gloria Acosta-Rascon, his wife, located at 2735 East 15th Street, Douglas, Arizona, and the personal assets contained therein, and it is further,

　　　ORDERED that as a condition of his release, Johnny G. Acosta and his wife appear at U.S. Pretrial Services to sign and date at the spaces provided below evidencing their agreement to encumber and pledge said real property and personal assets contained therein within five (5) days following the entry of this Order, and it is further,

　　　ORDERED that should Johnny G. Acosta fail to abide by the conditions of his release during the pendency of this case, the government can move to foreclose on the real property and personal assets contained therein in an amount of $50,000.

So ordered on this __7__ day of May, 2015.

_____
U.S. MAGISTRATE JUDGE
D. THOMAS FERRARO

SEEN AND AGREED:

_____      _____
Johnny G. Acosta             Dated

_____      _____
Gloria Rason-Acosta          Dated

- 2 -