# United States District Court
## for
## District of Arizona



U. S. A. vs. Johnny G Acosta
Docket No. 4:15-CR-00775-CKJ-DTF-1
AUSA: Wallace Heath Kleindienst

## PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **ALMA PEREZ**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>Johnny G Acosta</u>, who was released by the Honorable D. Thomas Ferraro sitting in the Court at Tucson, on the 28th day of April, 2015, who fixed bail at Personal Recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**The defendant shall not commit any federal, state or local crime.**

On October 21, 2015 the defendant committed the new alleged offense of Title 18 U.S.C. 1073, Unlawful Flight to Avoid Prosecution in Case Number 4:15-7466M-01. Pretrial Services received information the defendant was arrested by the Federal Bureau of Investigation Cochise Border Corruption Task Force and he was charged with Unlawful Flight to Avoid Prosecution. On October 22, 2015, the defendant appeared for his initial appearance before the Honorable Jacqueline M. Rateau, at which time, the defendant was ordered detained.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A WARRANT BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a warrant for the defendant's arrest and for the defendant to be brought before the Court to show cause.

USM, AUSA, PTS                                Copies Distributed

Page 2
RE: Johnny G Acosta

_____  October 22, 2015
Alma Perez                        **Date**
U.S. Pretrial Services Officer

**Reviewed by**

_____  October 22, 2015
Gabriel P. Gutierrez              **Date**
Supervisory U.S. Pretrial Services Officer

## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a warrant. Considered and ordered this __ day of October, 2015, and ordered filed and made a part of the records in the above case.

_____
The Honorable D. THOMAS FERRARO
United States Magistrate Judge