AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
JOHNNY G. ACOSTA

Defendant

Case No. CR 15-775-TUC-CKJ(DTF)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* JOHNNY G. ACOSTA,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☑ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18:3142; VIOLATION OF CONDITIONS OF PRETRIAL RELEASE

Date: 10/23/2015

*Issuing officer's signature*

City and state: Tucson, Arizona

D. Thomas Ferraro, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/26/15, and the person was arrested on *(date)* 10/27/15
at *(city and state)* Tucson, AZ.

Date: 10/27/15

Subject arrested by WMS
and initialed on 10/27/15
in the District of Arizona.

*Arresting officer's signature*

*Printed name and title*